JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| THERESA BROOKE, | Case № 2:25-cv-04737-ODW (MBKx) |
| Plaintiff, | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| SUNSHINE RIVIERA LLC, | |
| Defendant. | |

1  The Court, having considered the parties' Joint Stipulation for Dismissal
2  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby
3  dismisses without prejudice the above-entitled action.  Each party shall bear its own
4  costs and attorneys' fees.  The Court **VACATES** all dates and deadlines.  The Clerk
5  of the Court shall close the case.

**IT IS SO ORDERED.**

November 13, 2025

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**